UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>     Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A TO THE<br>COMPLAINT,<br><br>     Defendants. | 26-CV-3391 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

By 5:00 p.m. on May 1, 2026, Plaintiff shall submit to the Court evidence showing the following Defendants selling allegedly infringing products: Cute Kids Clothing zero (634418227931089), Document Image Real A (634418224152347), Fanan Man E (634418224662018), Fashion design AAA (634418219658537), huweiTxu (634418228210510), Mens minimalist wardrobe (634418226275253), Orca G (634418223088939), SHIBEIWAN CLOTHING (634418224004261), The longest and most beautiful companionship (634418228238070), and YHTShirt Shop (634418228362299). The Clerk of Court is respectively directed to file this order under seal.

SO ORDERED.

Dated: April 29, 2026
   New York, New York

          Ronnie Abrams
          United States District Judge