UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

               Plaintiff,

        v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

               Defendants.

26-CV-3391 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed in the show cause hearing held on May 29, 2026, Plaintiff shall submit a status update letter no later than August 31, 2026. The Clerk of Court is respectfully directed to unseal all filings in this case.

SO ORDERED.

Dated:    June 1, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge