**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TV TOKYO CORPORATION,

        Plaintiff,

v.

A CHAO HUI, et al.,

        Defendants.

Civil Action No. 26-CV-3391

**~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER**

The Court has considered Plaintiff's Motion To Show Cause As To Why A Preliminary Injunction Should Not Issue (the "Motion to Show Cause") and oral arguments made in the hearing. Based on the papers and other evidence submitted in support of the Motion to Show Cause, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

**FACTUAL FINDINGS & CONCLUSIONS OF LAW**

1.    Plaintiff is likely to prevail on its copyright infringement claims at trial by demonstrating that Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's Copyright Registration No. PA-2-532-845 (the "BLACK CLOVER Work") in connection with the systematic advertisement, distribution, offering for sale, and sale of Infringing Products into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace platforms including PayPal, Shop Pay, and Temu held by Defendants (the "User Account(s)").

2.    Plaintiff is also likely to demonstrate that as a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

        a.  Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts;

1

that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to the BLACK CLOVER Work.

3. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with the BLACK CLOVER Work if a preliminary injunction order is not issued.

4. Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

## ORDER

The injunction previously granted in the TRO shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 17 U.S.C. § 502. Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient causes have been shown, Defendants and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

   a. Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any products infringing upon Copyright Registration No. PA-2-532-845 ("Infringing Products");

b.    Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the BLACK CLOVER Work, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c.    Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d.    Cease and refrain from using the BLACK CLOVER Work on or in connection with any Seller Alias that any Defendant may own, operate, or control on any Marketplace;

e.    Cease and refrain from any and all use of the BLACK CLOVER Work as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and

f.    Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace during the pendency of this action, or until further Order of the Court.

### Asset Restraint

2.    As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

a.    within five (5) days of receipt of service of this Order, that any Financial

Institutions such as (i) PayPal, Inc. ("PayPal"), (ii) Payoneer, Inc. ("Payoneer"), (iii) Ping Pong Global Solutions Inc. ("Ping Pong"), (iv) Coinbase Global, Inc. ("Coinbase"), and (v) WhaleCo Inc. ("Temu") (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets") and shall locate, attach, and restrain the transfer or disposing of monies or funds from Defendants' Accounts, as well as the transfer or disposing of Defendants' Assets, until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

### Expedited Discovery

3.      As sufficient cause has been shown, within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control):

      a.      Identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution.

      b.      Any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint (and attached hereto).

        c.       Information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4.      As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

        a.       Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

### Service by Electronic Mail and/or Electronic Publication

5.      Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, service of this Order and the Summons and Complaint may be made on, and shall be deemed effective as to, Defendants if it is completed by the following means:

Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; and (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed in support of Plaintiff's Application (the "Link"), to Defendants' e-mail addresses as provided by the Financial Institutions, or if the Financial Institutions are unable to provide e-mail addresses, then by providing the Link to the Financial Institutions with instructions to forward it to Defendants through their internal messaging systems or other available means of electronic communication.

**Security Bond**

6.    The $5,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

7.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.


Dated:    June 8, 2026
          New York, New York

_____
          Ronnie Abrams
          United States District Judge

6

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | A Chao Hui | Temu | 634418227704296 |
| 2 | AA XU WEI | Temu | 634418228415275 |
| 3 | AAXUBD | Temu | 634418227338532 |
| 4 | ABaiSheng Drqw | Temu | 634418214209234 |
| 5 | ABCMAN | Temu | 634418228133640 |
| 6 | ACCDDD | Temu | 634418227307168 |
| 7 | ADORN YEARS | Temu | 634418218586629 |
| 8 | Agetie | Temu | 634418218475400 |
| 9 | AGEVUKFLY | Temu | 634418227878073 |
| 10 | ANDCASEFB | Temu | 634418228498726 |
| 11 | Art Charm | Temu | 634418222464673 |
| 12 | Aurora Haven | Temu | 634418214810622 |
| 13 | AWS CASE A | Temu | 3568260191766 |
| 14 | AZS case | Temu | 634418227296703 |
| 15 | BBFZF | Temu | 634418224634537 |
| 16 | BESSER cases | Temu | 634418221763229 |
| 17 | Big Big Geek Anime Apparel | Temu | 634418227546810 |
| 18 | BOUTIQUEHUG | Temu | 634418224238130 |
| 19 | BX Phone case MX | Temu | 634418221730517 |
| 20 | Calla WW Cases | Temu | 634418228329313 |
| 21 | CanCan Wall Decor | Temu | 634418216103604 |
| 22 | CASE TWE LEGIE | Temu | 634418218782067 |
| 23 | Caselink | Temu | 634418228249782 |
| 24 | CCGCCK | Temu | 634418227891898 |
| 25 | CHAO YA G | Temu | 634418227340481 |
| 26 | Chen Hui Canvas Decorative Painting | Temu | 634418228307989 |
| 27 | chensuro | Temu | 634418225184419 |
| 28 | chenzhihan | Temu | 634418220123329 |
| 29 | Classical Ink Walls | Temu | 634418225809715 |
| 30 | COOLCASECD | Temu | 634418225413335 |
| 31 | CoolInBox | Temu | 634418225435031 |
| 32 | Crazy Mouse | Temu | 634418228997332 |
| 33 | Crazy wind | Temu | 634418228489569 |
| 34 | Crocodile Phone Cases | Temu | 634418218589618 |
| 35 | cuid bbdd | Temu | 634418224048345 |
| 36 | Cuidian phone case | Temu | 634418226943714 |
| 37 | Cute Beautiful Kids Clothing | Temu | 634418227931813 |
| 38 | Cute Kids Clothing one hundred | Temu | 634418227932071 |
| 39 | Cute Kids Clothing zero | Temu | 634418227931089 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | Cute Two Tigers | Temu | 634418221416205 |
| 41 | D Bin CASE | Temu | 634418222538092 |
| 42 | Dasy Case | Temu | 634418225706592 |
| 43 | Decoratives shope | Temu | 634418222179758 |
| 44 | decorativess shop | Temu | 634418222179548 |
| 45 | Document Image Real A | Temu | 634418224152347 |
| 46 | DYY poster | Temu | 634418217751168 |
| 47 | E Bin CASE | Temu | 634418222541450 |
| 48 | Easily clothingA | Temu | 634418225584112 |
| 49 | Echo Blow | Temu | 634418218459190 |
| 50 | EPL Shop | Temu | 634418226539944 |
| 51 | FabricAura | Temu | 634418228873954 |
| 52 | FADED UNION | Temu | 634418228075768 |
| 53 | Fanan man B | Temu | 634418224565906 |
| 54 | Fanan man C | Temu | 634418224599977 |
| 55 | Fanan Man E | Temu | 634418224662018 |
| 56 | Fang Yu and Qi Qi office supplies | Temu | 634418222670814 |
| 57 | Fangzheng Canvas Painting | Temu | 634418228529082 |
| 58 | FASGUTNRQ | Temu | 634418224685972 |
| 59 | Fashion design AAA | Temu | 634418219658537 |
| 60 | Fashion Forwarda | Temu | 634418222552381 |
| 61 | Fashion has you xu | Temu | 634418228010527 |
| 62 | FGFS | Temu | 634418211670923 |
| 63 | FASHIONCACECC | Temu | 634418224902563 |
| 64 | Fei Xiaos Shop | Temu | 634418212057875 |
| 65 | Film Case | Temu | 634418214703192 |
| 66 | Flavored mouse pad | Temu | 634418228188495 |
| 67 | Fortune phone case | Temu | 634418224325687 |
| 68 | FunnyCaseOne | Temu | 634418222760692 |
| 69 | GALAXYLAND FLOAT E | Temu | 634418227478114 |
| 70 | Global Case Design | Temu | 634418224213998 |
| 71 | Grounding Time | Temu | 634418227057049 |
| 72 | HaoranStudio | Temu | 634418226993449 |
| 73 | HappyerCase | Temu | 634418214348327 |
| 74 | Hello Phone Case | Temu | 634418216710854 |
| 75 | HMLIDSNFD | Temu | 634418226554540 |
| 76 | HongshanfushiD | Temu | 634418226053160 |
| 77 | huangyueqindefushidan | Temu | 634418222974618 |
| 78 | Huqiai A | Temu | 634418227408105 |
| 79 | huweiTxu | Temu | 634418228210510 |
| 80 | HY Casual Fit | Temu | 634418221947734 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | HYF Customs | Temu | 634418225493347 |
| 82 | HYF Phone Cases | Temu | 634418227275441 |
| 83 | HZ Phone case MX | Temu | 634418221731227 |
| 84 | J DIY Short | Temu | 5338962333941 |
| 85 | Jacaranda Amoy Goods | Temu | 634418224077597 |
| 86 | Jiang Art Shop | Temu | 634418222884380 |
| 87 | JIANGSHANFUSHI | Temu | 634418226876111 |
| 88 | Jseyes | Temu | 634418227543967 |
| 89 | Julian Carter | Temu | 634418225028430 |
| 90 | KANGZHONGJU CLOTHING | Temu | 634418224002768 |
| 91 | KH Phone case MX | Temu | 634418222541956 |
| 92 | KK Phone case MX | Temu | 634418222541376 |
| 93 | KPAHGHBAQ | Temu | 634418224477174 |
| 94 | KQ Phone case MX | Temu | 634418222541563 |
| 95 | KUANSHE | Temu | 634418227528572 |
| 96 | Lai Kitten Clothing two | Temu | 634418227291189 |
| 97 | LArt Poster | Temu | 634418225121121 |
| 98 | LDavisa | Temu | 634418224820866 |
| 99 | Leike Movement | Temu | 4017445608469 |
| 100 | Lincolnku | Temu | 634418227809671 |
| 101 | linkairui | Temu | 634418228325593 |
| 102 | LinTwoo | Temu | 634418226178274 |
| 103 | LJWTTT | Temu | 634418228723478 |
| 104 | LL LING S | Temu | 634418228321464 |
| 105 | Luey | Temu | 634418225915123 |
| 106 | LUMEN MALE | Temu | 634418227831265 |
| 107 | Lupa | Temu | 5249288533928 |
| 108 | LYP Canvas Poster Art | Temu | 634418225287792 |
| 109 | markyan | Temu | 634418227962731 |
| 110 | MC Phone case MX | Temu | 634418222541737 |
| 111 | MDHAO WALL DECOR | Temu | 634418228368788 |
| 112 | mengmengaa | Temu | 634418222448445 |
| 113 | Mens minimalist wardrobe | Temu | 634418226275253 |
| 114 | Ming Ming Fight Case | Temu | 634418219989594 |
| 115 | Miss MAO MAO | Temu | 634418228019003 |
| 116 | MIXAINK | Temu | 634418227636839 |
| 117 | MJDCASEEC | Temu | 634418227776272 |
| 118 | MS Phone case MX | Temu | 634418222540869 |
| 119 | MuseCaseLab | Temu | 634418228429712 |
| 120 | Nanly Decoration | Temu | 634418221500931 |
| 121 | Office Supplies Mouse Pad | Temu | 634418225508655 |
| 122 | Orca G | Temu | 634418223088939 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 123 | oudiwei | Temu | 3824570849623 |
| 124 | OY Art Canvas Painting | Temu | 634418226562834 |
| 125 | PARECASE | Temu | 634418225280074 |
| 126 | Peter Xiong | Temu | 634418217486898 |
| 127 | phone services | Temu | 634418225379379 |
| 128 | PixFrameLab | Temu | 634418228814623 |
| 129 | PlusGent Co | Temu | 634418225290737 |
| 130 | PocketHubb | Temu | 634418226182785 |
| 131 | PZYstore | Temu | 634418225324785 |
| 132 | Quiet Cove | Temu | 634418222527543 |
| 133 | QXZMROOM | Temu | 634418223980015 |
| 134 | Raylen | Temu | 634418210638372 |
| 135 | Rssssssss | Temu | 634418228273485 |
| 136 | SADQWRDG | Temu | 634418226185275 |
| 137 | screaming menswear | Temu | 634418214718726 |
| 138 | Sensual LabA | Temu | 634418226620894 |
| 139 | Seutton Phone Case | Temu | 634418226084508 |
| 140 | ShenZW | Temu | 634418225926144 |
| 141 | SHIBEIWAN CLOTHING | Temu | 634418224004261 |
| 142 | SimLink | Temu | 634418224722147 |
| 143 | SL phone case | Temu | 634418218891100 |
| 144 | SmallFloret | Temu | 634418221598692 |
| 145 | songsongfushi | Temu | 634418227507181 |
| 146 | Splendid Canvas Painting | Temu | 634418226443275 |
| 147 | SS ANN | Temu | 634418227340076 |
| 148 | Steve Chung | Temu | 634418224622875 |
| 149 | StylePivot | Temu | 634418228874864 |
| 150 | Summer Hyx | Temu | 634418223304572 |
| 151 | summer weak | Temu | 634418218147268 |
| 152 | SW CASES | Temu | 634418225881582 |
| 153 | SY case | Temu | 634418221145964 |
| 154 | The life of the Queen | Temu | 634418224191305 |
| 155 | The longest and most beautiful companionship | Temu | 634418228238070 |
| 156 | TheClosetEdit | Temu | 634418228996779 |
| 157 | TIANABO | Temu | 634418228982865 |
| 158 | TIANMF | Temu | 634418228651475 |
| 159 | Top Luxury Clothing | Temu | 634418222901415 |
| 160 | TQ Custom | Temu | 634418224295411 |
| 161 | Trendy Block CCC | Temu | 634418223738645 |
| 162 | TT Phone case MX | Temu | 634418221731526 |
| 163 | Twoconem A | Temu | 634418227054481 |

| Doe No. | Seller Alias | Platform | Seller ID |
| --- | --- | --- | --- |
| 164 | VALDEN STUDIO | Temu | 634418228075688 |
| 165 | WEI QUN Wall Art | Temu | 634418224818023 |
| 166 | Weifan Mobile Phone | Temu | 634418226184118 |
| 167 | WETW Cloting | Temu | 634418226986056 |
| 168 | Whimsy WondersABC | Temu | 634418226561283 |
| 169 | WillowWool | Temu | 634418228912311 |
| 170 | WingedBloom | Temu | 634418227983627 |
| 171 | WONANYENAN Garment | Temu | 634418227642877 |
| 172 | wu yin wa | Temu | 634418226554919 |
| 173 | Wuyilin LUCKY | Temu | 634418227091081 |
| 174 | WW MING | Temu | 634418228201553 |
| 175 | WZBZHONGBAO | Temu | 634418227722826 |
| 176 | Xcx SBD | Temu | 634418226857670 |
| 177 | XIAOBUYIER | Temu | 634418227782527 |
| 178 | XIAOMACG | Temu | 634418228213124 |
| 179 | Xinxin Xiangyun | Temu | 634418227678140 |
| 180 | XIXIAH | Temu | 634418226875627 |
| 181 | xixixixixixixi | Temu | 634418225060703 |
| 182 | Xiyahongdian | Temu | 634418222837190 |
| 183 | XKXR local | Temu | 634418216214057 |
| 184 | XUANKIEEM | Temu | 634418225717452 |
| 185 | Ya Huo Kids | Temu | 634418227959539 |
| 186 | YesterATees | Temu | 634418224947180 |
| 187 | YHTShirt Shop | Temu | 634418228362299 |
| 188 | Yixian Phone case MX | Temu | 634418221730356 |
| 189 | YoYa kids | Temu | 634418227959262 |
| 190 | Yuanyue Phone case MX | Temu | 634418221730731 |
| 191 | YuDe Man Clothing | Temu | 634418227839837 |
| 192 | yujian art | Temu | 634418219980048 |
| 193 | Zephyrus Mann | Temu | 634418224432457 |
| 194 | ZHANGBAOKUAN | Temu | 634418227920438 |
| 195 | Zilang Apparel | Temu | 634418225240427 |
| 196 | ZSHD | Temu | 634418224279185 |
| 197 | ZSJ case | Temu | 634418224622408 |
| 198 | ZSTshirt | Temu | 634418228347895 |
| 199 | ZSTshirt ONE | Temu | 634418228377565 |
| 200 | HYHYZ | Temu | 634418223108685 |