AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| TV TOKYO CORPORATION<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-3391 |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/13/2026

Tammi M. Hellwig

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | A Chao Hui | Temu | 634418227704296 |
| 2 | AA XU WEI | Temu | 634418228415275 |
| 3 | AAXUBD | Temu | 634418227338532 |
| 4 | ABaiSheng Drqw | Temu | 634418214209234 |
| 5 | ABCMAN | Temu | 634418228133640 |
| 6 | ACCDDD | Temu | 634418227307168 |
| 7 | ADORN YEARS | Temu | 634418218586629 |
| 8 | Agetie | Temu | 634418218475400 |
| 9 | AGEVUKFLY | Temu | 634418227878073 |
| 10 | ANDCASEFB | Temu | 634418228498726 |
| 11 | Art Charm | Temu | 634418222464673 |
| 12 | Aurora Haven | Temu | 634418214810622 |
| 13 | AWS CASE A | Temu | 3568260191766 |
| 14 | AZS case | Temu | 634418227296703 |
| 15 | BBFZF | Temu | 634418224634537 |
| 16 | BESSER cases | Temu | 634418221763229 |
| 17 | Big Big Geek Anime Apparel | Temu | 634418227546810 |
| 18 | DISMISSED | DISMISSED | DISMISSED |
| 19 | BX Phone case MX | Temu | 634418221730517 |
| 20 | Calla WW Cases | Temu | 634418228329313 |
| 21 | CanCan Wall Decor | Temu | 634418216103604 |
| 22 | CASE TWE LEGIE | Temu | 634418218782067 |
| 23 | Caselink | Temu | 634418228249782 |
| 24 | DISMISSED | DISMISSED | DISMISSED |
| 25 | DISMISSED | DISMISSED | DISMISSED |
| 26 | Chen Hui Canvas Decorative Painting | Temu | 634418228307989 |
| 27 | chensuro | Temu | 634418225184419 |
| 28 | chenzhihan | Temu | 634418220123329 |
| 29 | Classical Ink Walls | Temu | 634418225809715 |
| 30 | COOLCASECD | Temu | 634418225413335 |
| 31 | CoolInBox | Temu | 634418225435031 |
| 32 | Crazy Mouse | Temu | 634418228997332 |
| 33 | Crazy wind | Temu | 634418228489569 |
| 34 | Crocodile Phone Cases | Temu | 634418218589618 |
| 35 | DISMISSED | DISMISSED | DISMISSED |
| 36 | Cuidian phone case | Temu | 634418226943714 |
| 37 | Cute Beautiful Kids Clothing | Temu | 634418227931813 |
| 38 | Cute Kids Clothing one hundred | Temu | 634418227932071 |
| 39 | Cute Kids Clothing zero | Temu | 634418227931089 |
| 40 | Cute Two Tigers | Temu | 634418221416205 |
| 41 | D Bin CASE | Temu | 634418222538092 |
| 42 | Dasy Case | Temu | 634418225706592 |

Case 1:26-cv-03391-RA Document 49 Filed 09/23/26 Page 3 of 7

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 43 | Decoratives shope | Temu | 634418222179758 |
| 44 | decorativess shop | Temu | 634418222179548 |
| 45 | Document Image Real A | Temu | 634418224152347 |
| 46 | DYY poster | Temu | 634418217751168 |
| 47 | E Bin CASE | Temu | 634418222541450 |
| 48 | Easily clothingA | Temu | 634418225584112 |
| 49 | DISMISSED | DISMISSED | DISMISSED |
| 50 | EPL Shop | Temu | 634418226539944 |
| 51 | FabricAura | Temu | 634418228873954 |
| 52 | DISMISSED | DISMISSED | DISMISSED |
| 53 | Fanan man B | Temu | 634418224565906 |
| 54 | Fanan man C | Temu | 634418224599977 |
| 55 | Fanan Man E | Temu | 634418224662018 |
| 56 | Fang Yu and Qi Qi office supplies | Temu | 634418222670814 |
| 57 | Fangzheng Canvas Painting | Temu | 634418228529082 |
| 58 | FASGUTNRQ | Temu | 634418224685972 |
| 59 | Fashion design AAA | Temu | 634418219658537 |
| 60 | Fashion Forwarda | Temu | 634418222552381 |
| 61 | Fashion has you xu | Temu | 634418228010527 |
| 62 | FGFS | Temu | 634418211670923 |
| 63 | FASHIONCACECC | Temu | 634418224902563 |
| 64 | Fei Xiaos Shop | Temu | 634418212057875 |
| 65 | Film Case | Temu | 634418214703192 |
| 66 | Flavored mouse pad | Temu | 634418228188495 |
| 67 | Fortune phone case | Temu | 634418224325687 |
| 68 | FunnyCaseOne | Temu | 634418222760692 |
| 69 | GALAXYLAND FLOAT E | Temu | 634418227478114 |
| 70 | Global Case Design | Temu | 634418224213998 |
| 71 | Grounding Time | Temu | 634418227057049 |
| 72 | HaoranStudio | Temu | 634418226993449 |
| 73 | HappyerCase | Temu | 634418214348327 |
| 74 | Hello Phone Case | Temu | 634418216710854 |
| 75 | HMLIDSNFD | Temu | 634418226554540 |
| 76 | HongshanfushiD | Temu | 634418226053160 |
| 77 | huangyueqindefushidan | Temu | 634418222974618 |
| 78 | Huqiai A | Temu | 634418227408105 |
| 79 | huweiTxu | Temu | 634418228210510 |
| 80 | DISMISSED | DISMISSED | DISMISSED |
| 81 | HYF Customs | Temu | 634418225493347 |
| 82 | HYF Phone Cases | Temu | 634418227275441 |
| 83 | HZ Phone case MX | Temu | 634418221731227 |
| 84 | J DIY Short | Temu | 5338962333941 |
| 85 | Jacaranda Amoy Goods | Temu | 634418224077597 |
| 86 | Jiang Art Shop | Temu | 634418222884380 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 87 | JIANGSHANFUSHI | Temu | 634418226876111 |
| 88 | Jseyes | Temu | 634418227543967 |
| 89 | Julian Carter | Temu | 634418225028430 |
| 90 | KANGZHONGJU CLOTHING | Temu | 634418224002768 |
| 91 | KH Phone case MX | Temu | 634418222541956 |
| 92 | KK Phone case MX | Temu | 634418222541376 |
| 93 | KPAHGHBAQ | Temu | 634418224477174 |
| 94 | KQ Phone case MX | Temu | 634418222541563 |
| 95 | KUANSHE | Temu | 634418227528572 |
| 96 | DISMISSED | DISMISSED | DISMISSED |
| 97 | LArt Poster | Temu | 634418225121121 |
| 98 | LDavisa | Temu | 634418224820866 |
| 99 | Leike Movement | Temu | 4017445608469 |
| 100 | Lincolnku | Temu | 634418227809671 |
| 101 | linkairui | Temu | 634418228325593 |
| 102 | LinTwoo | Temu | 634418226178274 |
| 103 | LJWTTT | Temu | 634418228723478 |
| 104 | LL LING S | Temu | 634418228321464 |
| 105 | Luey | Temu | 634418225915123 |
| 106 | LUMEN MALE | Temu | 634418227831265 |
| 107 | Lupa | Temu | 5249288533928 |
| 108 | LYP Canvas Poster Art | Temu | 634418225287792 |
| 109 | markyan | Temu | 634418227962731 |
| 110 | MC Phone case MX | Temu | 634418222541737 |
| 111 | MDHAO WALL DECOR | Temu | 634418228368788 |
| 112 | mengmengaa | Temu | 634418222448445 |
| 113 | DISMISSED | DISMISSED | DISMISSED |
| 114 | Ming Ming Fight Case | Temu | 634418219989594 |
| 115 | Miss MAO MAO | Temu | 634418228019003 |
| 116 | DISMISSED | DISMISSED | DISMISSED |
| 117 | MJDCASEEC | Temu | 634418227776272 |
| 118 | MS Phone case MX | Temu | 634418222540869 |
| 119 | MuseCaseLab | Temu | 634418228429712 |
| 120 | Nanly Decoration | Temu | 634418221500931 |
| 121 | Office Supplies Mouse Pad | Temu | 634418225508655 |
| 122 | Orca G | Temu | 634418223088939 |
| 123 | oudiwei | Temu | 3824570849623 |
| 124 | OY Art Canvas Painting | Temu | 634418226562834 |
| 125 | PARECASE | Temu | 634418225280074 |
| 126 | Peter Xiong | Temu | 634418217486898 |
| 127 | phone services | Temu | 634418225379379 |
| 128 | PixFrameLab | Temu | 634418228814623 |
| 129 | DISMISSED | DISMISSED | DISMISSED |
| 130 | PocketHubb | Temu | 634418226182785 |
| 131 | PZYstore | Temu | 634418225324785 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 132 | Quiet Cove | Temu | 634418222527543 |
| 133 | QXZMROOM | Temu | 634418223980015 |
| 134 | Raylen | Temu | 634418210638372 |
| 135 | Rssssssss | Temu | 634418228273485 |
| 136 | SADQWRDG | Temu | 634418226185275 |
| 137 | screaming menswear | Temu | 634418214718726 |
| 138 | DISMISSED | DISMISSED | DISMISSED |
| 139 | Seutton Phone Case | Temu | 634418226084508 |
| 140 | ShenZW | Temu | 634418225926144 |
| 141 | DISMISSED | DISMISSED | DISMISSED |
| 142 | SimLink | Temu | 634418224722147 |
| 143 | SL phone case | Temu | 634418218891100 |
| 144 | SmallFloret | Temu | 634418221598692 |
| 145 | songsongfushi | Temu | 634418227507181 |
| 146 | Splendid Canvas Painting | Temu | 634418226443275 |
| 147 | SS ANN | Temu | 634418227340076 |
| 148 | Steve Chung | Temu | 634418224622875 |
| 149 | StylePivot | Temu | 634418228874864 |
| 150 | Summer Hyx | Temu | 634418223304572 |
| 151 | summer weak | Temu | 634418218147268 |
| 152 | SW CASES | Temu | 634418225881582 |
| 153 | SY case | Temu | 634418221145964 |
| 154 | The life of the Queen | Temu | 634418224191305 |
| 155 | The longest and most beautiful companionship | Temu | 634418228238070 |
| 156 | TheClosetEdit | Temu | 634418228996779 |
| 157 | TIANABO | Temu | 634418228982865 |
| 158 | TIANMF | Temu | 634418228651475 |
| 159 | DISMISSED | DISMISSED | DISMISSED |
| 160 | TQ Custom | Temu | 634418224295411 |
| 161 | DISMISSED | DISMISSED | DISMISSED |
| 162 | TT Phone case MX | Temu | 634418221731526 |
| 163 | Twoconem A | Temu | 634418227054481 |
| 164 | DISMISSED | DISMISSED | DISMISSED |
| 165 | WEI QUN Wall Art | Temu | 634418224818023 |
| 166 | Weifan Mobile Phone | Temu | 634418226184118 |
| 167 | WETW Cloting | Temu | 634418226986056 |
| 168 | Whimsy WondersABC | Temu | 634418226561283 |
| 169 | WillowWool | Temu | 634418228912311 |
| 170 | WingedBloom | Temu | 634418227983627 |
| 171 | WONANYENAN Garment | Temu | 634418227642877 |
| 172 | wu yin wa | Temu | 634418226554919 |
| 173 | Wuyilin LUCKY | Temu | 634418227091081 |
| 174 | WW MING | Temu | 634418228201553 |
| 175 | WZBZHONGBAO | Temu | 634418227722826 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 176 | Xcx SBD | Temu | 634418226857670 |
| 177 | DISMISSED | DISMISSED | DISMISSED |
| 178 | XIAOMACG | Temu | 634418228213124 |
| 179 | Xinxin Xiangyun | Temu | 634418227678140 |
| 180 | XIXIAH | Temu | 634418226875627 |
| 181 | xixixixixixixi | Temu | 634418225060703 |
| 182 | Xiyahongdian | Temu | 634418222837190 |
| 183 | DISMISSED | DISMISSED | DISMISSED |
| 184 | XUANKIEEM | Temu | 634418225717452 |
| 185 | Ya Huo Kids | Temu | 634418227959539 |
| 186 | YesterATees | Temu | 634418224947180 |
| 187 | YHTShirt Shop | Temu | 634418228362299 |
| 188 | Yixian Phone case MX | Temu | 634418221730356 |
| 189 | YoYa kids | Temu | 634418227959262 |
| 190 | Yuanyue Phone case MX | Temu | 634418221730731 |
| 191 | YuDe Man Clothing | Temu | 634418227839837 |
| 192 | yujian art | Temu | 634418219980048 |
| 193 | Zephyrus Mann | Temu | 634418224432457 |
| 194 | ZHANGBAOKUAN | Temu | 634418227920438 |
| 195 | Zilang Apparel | Temu | 634418225240427 |
| 196 | DISMISSED | DISMISSED | DISMISSED |
| 197 | ZSJ case | Temu | 634418224622408 |
| 198 | ZSTshirt | Temu | 634418228347895 |
| 199 | ZSTshirt ONE | Temu | 634418228377565 |
| 200 | HYHYZ | Temu | 634418223108685 |

Civil Action No. 26-cv-3391

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 08/13/2026 .

❐ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________, a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

______________________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because ______________________ ; or

✔ Other *(specify)*: On May 22, 2026, someone working under my supervision served Defendants via email and/or requested service via internal platform communication, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On August 13, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/22/2026

/s/Shengmao Mu

*Server's signature*

Shengmao Mu, Attorney

*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019

*Server's address*

Additional information regarding attempted service, etc: